UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JUSTIN RIDER, | Case No. 2:16-cv-02633-RFB-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| D. TRISTAN et al., | |
| Defendants. | |

In light of Plaintiff's notice of change of address (ECF No. 12), the Court directs the Clerk of the Court to send Plaintiff a copy of the screening order (ECF No. 5) to Plaintiff at his updated address. The Court extends the deadline for Plaintiff to file his first amended complaint to thirty (30) days from the date of this order.

For the foregoing reasons, it is ordered that the Clerk of the Court shall send Plaintiff a copy of the screening (ECF No. 5) to Plaintiff at his updated address.

It is further ordered that, if Plaintiff chooses to file an amended complaint curing the deficiencies of the complaint as discussed in the screening order, Plaintiff shall file the amended complaint within thirty (30) days from the date of entry of this order.

///
///
///
///
///

It is further ordered that, if Plaintiff fails to file an amended complaint, this action shall be dismissed without prejudice.

DATED THIS 27th day of January 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE