ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email:  jfrost@ag.nv.gov

*Attorneys for Defendants David Tristan Dwight Neven, Jacques Graham, Stacy Barrett, and Justin Gordon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN RIDER,,<br><br>              Plaintiff,<br><br> v.<br><br>D. TRISTAN, *et al.*,<br><br>              Defendants. | Case No. 2:16-cv-02633-RFB-PAL<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN AMENDED COMPLAINT** |

Defendants David Tristan, Dwight Neven, Jacques Graham, Stacy Barrett, and Justin Gordon, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby provide notice that they do not oppose Plaintiff's Motion for an Enlargement of Time to File First Amendment Complaint filed February 2, 2017 (ECF No. 14).

DATED this 8th day of February, 2017.

                              ADAM PAUL LAXALT
                              Attorney General

                              By:   /s/  Jared M. Frost
                                    JARED M. FROST (Bar No. 11132)
                                    Senior Deputy Attorney General
                                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 8, 2017, I electronically filed the foregoing **DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN AMENDED COMPLAINT** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

> Justin Rider
> c/o Esmeralda County Sheriff
> Post Office Box 520
> Goldfield, Nevada  89013
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 9th day of February, 2017.