1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6             **DISTRICT OF NEVADA**
7   JUSTIN RIDER,                              )
8            Plaintiff,                        )
9      v.                                      )        2:16-cv-02633-RFB-PAL
10  D. TRISTAN et al.,                         )        **ORDER**
11           Defendants.                       )
12  _____  )
13  **I.       DISCUSSION**
14          Plaintiff seeks a 60-day extension to file his amended complaint.  (ECF No. 14 at 1).
15  The Court grants this motion in part.  Plaintiff shall file his amended complaint on or before
16  Friday, March 31, 2017.  No further extensions of time will be granted.
17  **II.      CONCLUSION**
18          For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF
19  No. 14) is granted in part.
20          IT IS FURTHER ORDERED that on or before Friday, March 31, 2017, Plaintiff shall file
21  his amended complaint in compliance with the Court's screening order (ECF No. 5).
22          IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint curing the
23  deficiencies outlined in the screening order, this action shall be dismissed without prejudice.
24
25          DATED: This 10th day of February, 2017.
26
27                                            _____
28                                            United States Magistrate Judge