# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

JUSTIN RIDER,

        Plaintiff,

   v.

D. TRISTAN, *et al.*,

        Defendants.

Case No. 2:16-cv-02633-RFB-PAL

ORDER TO PRODUCE
JUSTIN RIDER, # 12769

TO:     SHERIFF KENNETH ELGAN, ESMERALDA COUNTY JAIL, GOLDFIELD, NV

TO:     UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JUSTIN RIDER, #12769,** is presently in custody of the Esmeralda County Jail, located at Goldfield, Nevada.

**IT IS HEREBY ORDERED** that the Sheriff of Esmeralda County Jail, or his designee, shall transport and produce **JUSTIN RIDER, #12769,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, Januiary 14, 2019, at the hour of 10:30 A.M., in LV Courtroom 7C to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the

Court entitled above, until the said **JUSTIN RIDER, #12769**, is released and discharged by the said Court; and that the said **JUSTIN RIDER, #12769,** shall thereafter be returned to the custody of the Sheriff, Esmeralda County Jail, Goldfield, NV, under safe and secure conduct.

**DATED** this 17th day of December, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**